IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASBROUCK HEIGHTS BOARD OF EDUCATION, <br><br> Plaintiffs, <br><br> vs. <br><br> GOOGLE LLC, <br> a Delaware limited liability company, <br><br> and <br><br> YOUTUBE, LLC, <br> a Delaware limited liability company, <br><br> and <br><br> JMO PRODUCTIONS, <br><br> and <br><br> DOES 1-100, | Case No. 2:21-cv-13691-JMV-ESK <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hasbrouck Heights Board of Education hereby gives notice that it voluntarily dismisses the above-captioned action without prejudice. Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Submitted this 18th day of August, 2021.

Respectfully Submitted,
Machado Law Group

Jessika Kleen, Esq.