IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HASBROUCK HEIGHTS BOARD OF EDUCATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>a Delaware limited liability company,<br><br>    and<br><br>YOUTUBE, LLC,<br>a Delaware limited liability company,<br><br>    and<br><br>JMO PRODUCTIONS,<br><br>    and<br><br>DOES 1-100, | Case No. 2:21-cv-13691-JMV-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hasbrouck Heights Board of Education hereby gives notice that it voluntarily dismisses the above-captioned action without prejudice. Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Submitted this 18th day of August, 2021.

Respectfully Submitted,
Machado Law Group

Jessika Kleen, Esq.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 8/18/21